JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
KATHERINE S. AGBAYANI (CA Bar No. 213812)
kagbayani@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously sued as
JPMORGAN CHASE BANK

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PARRISH WHITAKER IV,<br><br>     Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK,<br><br>     Defendants. | **CASE NO.: cv10-5885-R (JCGx)**<br><br>**JUDGE:** Hon. Manuel L. Real<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>**DATE:** October 18, 2010<br>**TIME:** 10:00 a.m.<br>**DEPT:** "8"<br><br>**Action Filed:** August 6, 2010 |

///

///

///

///

1
[PROPOSED] ORDER

1154837.1

The Motion of defendant JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank ("JPMorgan" or "Defendant") to Dismiss the Complaint of plaintiff Edward Parrish Whitaker IV ("Plaintiff") came regularly for hearing on October 18, 2010 at 10:00 a.m. in Courtroom "8" of the above-entitled Court, the Honorable Manuel L. Real, Judge, presiding.  Katherine S. Agbayani, Esq. of Adorno, Yoss, Alvarado & Smith, a professional corporation, appeared for the moving party.  There were no other appearances.

The Court, having considered the moving, opposing, and reply papers, and the oral arguments of counsel and Plaintiff, **IT IS HEREBY ORDERED THAT**:

1. The Motion of JPMorgan to Dismiss Plaintiff's Complaint is granted in its entirety <u>with prejudice</u>.

DATED:  October 25, 2010  _____
Hon. Manuel L. Real
Judge, United States District Court

1154837.1

2
[PROPOSED] ORDER